IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: May 13, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

---

Civil Action No. 09-cv-02586-RPM

HIGH COUNTRY BANK,                                                               Tobin D. Kern

    Plaintiff,

v.

THE KANSAS BANKERS SURETY COMPANY,           Rebecca S. Yocum

    Defendant.

---

## COURTROOM MINUTES
---

**Scheduling Conference**

**10:58 a.m.**     **Court in session.**

Court's preliminary remarks.

10:59 a.m.     Argument by Mr. Kern.

11:02 a.m.     Statements by Ms. Yocum.

**ORDERED:**     **Motion for Protective Order and Stay of Discovery Pending Summary Judgment Rulings, filed April 15, 2010 [25], is denied.**
                **Discovery extended as necessary to respond to the discovery requests.**

**ORDERED:**     **Pretrial Conference scheduled November 5, 2010 at 2:00 p.m.**
                **Trial scheduled December 6, 2010 at 8:30 a.m.**

**11:08 a.m.**     **Court in recess.**

Hearing concluded. Total time: 10 min.