IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02586-RPM

HIGH COUNTRY BANK,

    Plaintiff,

v.

THE KANSAS BANKERS SURETY COMPANY,

    Defendant.

---

ORDER DENYING DEFENDANT'S MOTION TO RECONSIDER

---

On May 17, 2010, the defendant filed a pleading designated motion for reconsideration to the Court's directive regarding summary judgment. The plaintiff filed a response on May 21, 2010. As is clear from the discussion at the scheduling conference and from plaintiff's response to the motion to reconsider, the issues in this case require adjudication by trial. While it is unusual to direct that no dispositive motions be filed, the Court's directive in this case is appropriate and consistent with the responsibility in Fed.R.Civ.P.1 to administer the rules to secure the just, speedy and inexpensive determination of the action. Accordingly, it is

    ORDERED that the motion [34] to reconsider is denied.

    Dated: May 24th, 2010

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge