IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02586-RPM

HIGH COUNTRY BANK,

    Plaintiff,

v.

THE KANSAS BANKERS SURETY COMPANY,

    Defendant.

---

ORDER FOR DISMISSAL

---

Pursuant to the Stipulation of Dismissal with Prejudice [44] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorney's fees and costs.

Dated:    November 23rd, 2010

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge